UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JASMINE WINCHESTER

VERSUS

EXPERIAN, TRANS UNION, AND EQUIFAX

CIVIL ACTION

22-386-SDD-SDJ

## RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Scott D. Johnson dated October 26, 2023, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's cause of action is DISMISSED without prejudice for failure to prosecute under Local Rule 41(b).

**IT IS FURTHER ORDERED** that the pending Motions to Dismiss (R. Docs. 26 and 33) and the Motion to Compel (R. Doc. 29) are DENIED as moot.

Signed in Baton Rouge, Louisiana, on this 29 day of November, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Docs. 26, 29 and 33.
[2] Rec. Doc. 36.